UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

IN RE: :
: Chapter 13
KATRINA BROWN, :
: Case No. 15-20846-JSD
Debtor. :

**OBJECTION TO CONFIRMATION**

COMES NOW Ditech Financial LLC, (hereinafter referred to as "Ditech"), and objects to the confirmation of Debtor's proposed Chapter 13 Plan on the grounds that it does not comply with the provisions of 11 U.S.C. §1322, 11 U.S.C. §1325 and 11 U.S.C. §506. In particular, Ditech objects to Debtor's proposed Chapter 13 Plan on the following grounds:

1.

Ditech filed a timely Proof of Claim, on November 10, 2015 [Claim #3-1], which set the total debt owing at the time of filing at $99,662.15, including a pre-petition arrearage claim in the amount of $12,172.70.

2.

Debtor's proposed Chapter 13 Plan underestimates the amount of the pre-petition arrearage owed to Ditech.

3.

Upon information and belief Debtor's proposed Chapter 13 Plan is underfunded and fails to provide for curing of the full pre-petition arrearage owed to Ditech within a reasonable period of time.

4.

Upon information and belief, Debtor's proposed Chapter 13 Plan is not feasible.

5.

Debtor's proposed Chapter 13 Plan is not in the best interest of Debtor and Creditors.

WHEREFORE, Ditech prays that the Court decline to approve Debtor's proposed Chapter 13 Plan in its present form.

This ___25th___ day of November, 2015.

_____
Drew K. Stutzman
State Bar No. 000098
Attorney for Ditech

ELLIS, PAINTER, RATTERREE & ADAMS LLP
Post Office Box 9946
Savannah, Georgia  31412-9946
dstutzman@epra-law.com
(912) 233-9700

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| IN RE: | : |
| | :    Chapter 13 |
| KATRINA BROWN, | : |
| | :    Case No. 15-20846-JSD |
| Debtor. | : |

## CERTIFICATE OF SERVICE

I hereby certify that on November 25, 2015, I caused a true and correct copy of the *"Objection to Confirmation"* filed in the above-styled matter to be served via the following methods: (1) via Notice of Electronic Filing to those parties listed below who are registered participants of the Electronic Case Filing System; and (2) via United States First Class Mail, with adequate postage affixed, addressed to those parties listed below who are not registered participants of the Electronic Case Filing System:

**Katrina Brown, 103 Chandler Way, Saint Marys, GA 31558**

**Benjamin H. Crumley, Esq., 2254 Riverside Ave, Jacksonville, FL 32204**

**M. Elaina Massey, Esq., Chapter 13 Trustee, PO Box 1717, Brunswick, GA 31521**

This 25th day of November, 2015.

Drew K. Stutzman
State Bar No. 000098
Attorneys for Ditech

ELLIS, PAINTER, RATTERREE & ADAMS LLP
Post Office Box 9946
Savannah, Georgia 31412-9946
(912) 233-9700
dstutzman@epra-law.com

1537269.1